UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO PABCO GYPSUM | Case No. C-05-06-80216-MISC-WHA<br><br>[N.D. Ill. Case No. 03-C-6027, *United States Gypsum Company v. Lafarge North America, Inc.*]<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br>Before:   Hon. William Alsup<br>             (General Duty Judge)<br>Date:<br>Time:<br>Courtroom: |

1  Sean P. Burke, an active member in good standing of the bar of the United States District
2  Court for the Northern District of Illinois, whose business address and telephone number is Sidley
3  Austin Brown & Wood LLP, Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois 60603,
4  (312) 853-7000, having applied in the above-entitled action for admission to practice in the Northern
5  District of California on a *pro hac vice* basis, representing Lafarge North America, Inc.,
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
8  Service of papers upon and communication with co-counsel designated in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, Electronic Case Filing.

Dated: 10·13·05

_____
Hon. William H. Alsup
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C-05-06-80216-MISC-WHA